[No. 14854-4-II.  Division Two.  January 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. YUSUF ASMAR
FARRAKHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-1-01053-8, Thomas L. Lodge, J., entered
March 29, 1991. *Affirmed* by unpublished opinion per Petrich,
J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 14833-1-II.  Division Two.  January 13, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. DUANE SCOTT
MCNEIL, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-1-01055-4, Thomas L. Lodge, J., entered
March 22, 1991. *Reversed* by unpublished opinion per Reed, J.
Pro Tem., concurred in by Morgan, C.J., and Guy, J. Pro Tem.

[No. 31084-4-I.  Division One.  January 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN CARL
LAW, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00269-4, Robert S. Lasnik, J., entered July
14, 1992. *Affirmed* by unpublished opinion per Kennedy, J.,
concurred in by Scholfield and Grosse, JJ.